# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shirley McGhie<br>Eric McGhie**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00044-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Sarah E. Banks<br>Trustee Services of The Carolinas<br>Substitute Trustee, LLC<br>Select Portfollio Service, Inc.<br>First Franklin Mortgage Loan Trust<br>Mortgage Loan Trust<br>Mortgage Electronic Registration System, Inc.<br>John T. Benjamin<br>U.S. Bank National Association<br>Brock & Scott, PLLC<br>Bank of America<br>First Franklin Mortgage<br>First Franklin Loan Services<br>Devin Chidester**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2016 Order.

Signed: September 14, 2016

Frank G. Johns, Clerk
United States District Court